(117 So. 927)

John WEST v. STATE. (7 Div. 451.) Court of Appeals of Alabama. June 5, 1928.

W. W. Haralson, Judge. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The offense, charged by indictment, was "abusive language." The indictment was in proper form and substance. The trial was had in the circuit court without a jury. The court assessed a fine of $50 and added 3 months at hard labor for the county. From the judgment of conviction, pronounced and entered, this appeal was taken. No error appears; said judgment is therefore affirmed. Affirmed.

(112 So. 926)

Joe WHALEY v. STATE. (5 Div. 650.) Court of Appeals of Alabama. April 19, 1927.

George F. Smoot, Judge.

RICE, J. Appeal dismissed.

(115 So. 926)

Adger WHEELER v. STATE. (7 Div. 387.) Court of Appeals of Alabama. Jan. 31, 1928.

R. B. Carr, Judge.

SAMFORD, J. Affirmed.

(114 So. 927)

Lester A. WHEELOCK v. STATE. (6 Div. 266.) Court of Appeals of Alabama. Dec. 13, 1927. John P. McCoy, Judge.

RICE, J. Appeal dismissed.

(112 So. 926)

Tobe WHITE v. STATE. (8 Div. 566.) Court of Appeals of Alabama. May 24, 1927.

James E. Horton, Judge.

RICE, J. Affirmed.

(114 So. 927)

Hubert WHORTON v. STATE. (6 Div. 223.) Court of Appeals of Alabama. Dec. 13, 1927. H. P. Heflin, Judge.

RICE, J. Appeal dismissed.

(114 So. 927)

William M. WHORTON v. STATE. (6 Div. 222.) Court of Appeals of Alabama. Dec. 13, 1927. H. P. Heflin, Judge.

SAMFORD, J. Appeal dismissed.

(114 So. 927)

Joe WILHITE v. STATE. (6 Div. 237.) Court of Appeals of Alabama. Dec. 13, 1927.

Ernest Lacy, Judge.

BRICKEN, P. J. Appeal dismissed.

(116 So. 927)

George WILKINSON v. STATE. (5 Div. 692.) Court of Appeals of Alabama. April 17, 1928. S. L. Brewer, Judge. Distilling.

RICE, J. Appeal dismissed.

(115 So. 926)

Ed WILLIAMS v. STATE. (3 Div. 586.) Court of Appeals of Alabama. Jan. 10, 1928.

Walter B. Jones, Judge.

BRICKEN, P. J. The clerk of the lower court certifies to this court that no bill of exceptions has been presented in this case. The time for such presentation has expired, and the cause is here submitted upon the record proper. This appellant was convicted of the offense of violating the prohibition laws of the state, and was duly sentenced to hard labor for the county. No error appearing upon the record, the judgment of conviction in the lower court, from which this appeal was taken, will stand affirmed. Affirmed.

(111 So. 927)

J. J. WILLIAMS v. E. O. WATTS. (7 Div. 273.) (Court of Appeals of Alabama. Jan. 13, 1927.) E. S. Lyman, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(117 So. 927)

John, alias Easy, WILLIAMS v. STATE. (1 Div. 796.) Court of Appeals of Alabama. June 12, 1928. Saffold Berney, Judge. Second degree murder.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(115 So. 926)

Lonnie WILLIAMS v. STATE. (6 Div. 230.) Court of Appeals of Alabama. Jan. 10, 1928. R. L. Blanton, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(118 So. 927)

Minnie WILLIAMS v. STATE. (4 Div. 414.) Court of Appeals of Alabama. Nov. 13, 1928. W. L. Parks, Judge.

SAMFORD, J. Appeal dismissed by appellant.